[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11940
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00214-MEF-WC-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER ANTONIO LEWIS,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(August 29, 2017)

Before HULL, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Thomas M. Goggans, retained counsel for Christopher Antonio Lewis in this appeal from the denial of Lewis's 18 U.S.C. § 3582(c)(2) motion for a reduction in sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and the order denying Lewis's motion is **AFFIRMED**.